Charles T. FREELOVE, Appellant v.
ATLAS ROOFING COMPANY,
Appellee.

No. 15244.

Court of Civil Appeals of Texas.
Fort Worth.

Jan. 28, 1952.

Lattimore & Lattimore, of Fort Worth, for appellant.

Piranio & Piranio, and Robert C. Johnson, all of Dallas, for appellee.

PER CURIAM.

An opinion was rendered by the Supreme Court of Texas in 245 S.W.2d 477 and has now become final.

A certified copy of said opinion was received by this Court today, January 28, 1952. In accordance with the provisions of said opinion, this Court has this day with-

drawn its former opinion reported in 239 S.W.2d 399.

Judgment of this Court is conformed with said decision and ruling of the Supreme Court and judgment of the trial court is affirmed.